# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACK JOSEPH TAYLOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-15-162-D |
| ) | |
| TRACY MCCOLLUM, ) | |
| ) | |
| Respondent. ) | |

## REPORT AND RECOMMENDATION

Petitioner Jack Joseph Taylor, a state prisoner appearing pro se, has filed a motion for leave to proceed *in forma pauperis*, a supporting affidavit, and a certified statement showing the amount of money he has in his institutional accounts (Doc. Nos. 2, 2-1). This matter has been referred to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C. § 636(b). Having reviewed the motion, the undersigned finds that Mr. Taylor has a current balance of $84.49 in his institutional savings account, which is sufficient to prepay the $5.00 filing fee for his petition for a writ of habeas corpus. *See* Okla. Stat. tit. 57, § 549(A)(5) (permitting inmate's use of funds from mandatory savings account for filing fee in federal action).

Because Mr. Taylor has not demonstrated an inability to prepay the filing fee, the undersigned recommends that the District Judge:

(1) deny the motion for leave to proceed *in forma pauperis* (Doc. No. 2);

(2) order Mr. Taylor to pay the full $5.00 filing fee, *see* Rules 3(a), 12 of the Rules Governing Section 2254 Cases in the United States District Courts; LCvR 3.2, 3.3(e); and

(3) dismiss the action without prejudice to refiling if Mr. Taylor fails to timely pay the filing fee to the Clerk of this Court, or to show good cause for the failure to do so, s*ee* LCvR 3.3(e).

## NOTICE OF RIGHT TO OBJECT

Petitioner is advised of his right to file an objection to this Report and Recommendation with the Clerk of this Court by March 6, 2015, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72. Petitioner is further advised that failure to timely object to this Report and Recommendation waives the right to appellate review of both factual and legal issues contained herein. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This Report and Recommendation disposes of all issues referred to the undersigned Magistrate Judge in the present case.

ENTERED this 13th day of February, 2015.

*[signature: Charles B. Goodwin]*

CHARLES B. GOODWIN
UNITED STATES MAGISTRATE JUDGE