IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JACK JOSEPH TAYLOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-15-162-D |
| | ) | |
| TRACY McCOLLUM, | ) | |
| | ) | |
| Respondent. | ) | |

## **O R D E R**

Petitioner, a state prisoner appearing *pro se*, filed this action seeking habeas corpus relief pursuant to 28 U.S.C. § 2254. This matter is before the Court for review of the Report and Recommendation [Doc. No. 5] issued on February 3, 2015 by United States Magistrate Judge Charles B. Goodwin pursuant to 28 U.S.C. § 636(b)(1)(B) and (C).

In the Report and Recommendation, the Magistrate Judge recommended that Petitioner's Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 2] be denied. Additionally, the Magistrate Judge recommended that the action be dismissed without prejudice to refiling unless Petitioner timely paid the requisite $5.00 filing fee. The Magistrate Judge specifically advised Petitioner of his right to object to the findings and recommendations set forth therein. He further advised Petitioner that his failure to timely object would constitute a waiver of his right to appellate review of the factual and legal matters in the Report and Recommendation. Petitioner's deadline for filing objections was March 6, 2015.

To date, Petitioner has not filed an objection to the Report and Recommendation or sought an extension of time in which to do so. Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 5] in its entirety and Petitioner's Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 2] is DENIED.

The Court docket further reflects that on February 23, 2015, Petitioner paid the $5.00 filing fee. *See* Receipt [Doc. No. 6]. Because Petitioner has complied with the Court's directive to pay the $5.00 filing fee, the matter shall proceed before Magistrate Judge Goodwin pursuant to the Court's previous referral order [Doc. No. 4].

IT IS SO ORDERED this 11th day of March, 2015.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE